# **EXHIBIT G**

{H2066169.1 }

Certified Copy of Corporate Resolutions

## Stults and Associates, Inc.
(Name of Corporation)

I, The undersigned, hereby certify to Nationwide Federal Credit Union of Columbus, Ohio, that I am President of

## Stults and Associates, Inc.
(Name of Corporation)

a corporation duly organized and existing under the laws of the State of **MICHIGAN**, that the following is true copy of resolutions duly adopted by the Board of Directors of said Corporation on the **3RD** day of **APRIL**, 20**06**, and that such resolutions have not been rescinded or modified.

RESOLVED, that the President is hereby authorized to establish a membership share account with Nationwide Federal Credit Union, One Nationwide Plaza, Columbus, Ohio.

RESOLVED FUTHER, that the President is hereby authorized and empowered to effect loans in the name of said Corporation, to invest funds in Credit Union share accounts; make withdrawals from time to time from any such share accounts subject to the rules and regulations of the Credit Union.

RESOLVED FUTHER, that the President may execute and deliver to said Credit Union all documents, promissory notes, security agreements, mortgages, deeds of trust, assignments, commission deduction authorizations, and any other instruments necessary to effect, or incidental to the resolutions and authorizations herein set forth.

RESOLVED FURTHER, that the foregoing resolutions shall remain in full force and effect until written notice of their amendment or rescission shall have been received by said Credit Union, and that receipt of such notice shall not affect any action taken by the Credit Union prior thereto, and

I further certify that the following resolutions are in conformity with the provisions of said Corporation Charter and By-Laws.

IN WITNESS WHEREOF, SAID **KEN STULTS**, President of **STULTS & ASSOCIATES INC**, acting for and on behalf of said corporation has hereunto subscribed his name and caused the seal of said corporation to be hereunto affixed this **3RD** day of **APRIL**, 20**06**.

X   By _____
(President)

(SEAL)